OFFICE OF THE

ATTORNEY GENERAL OF TEXAS

AUSTIN

Gerald C. Mann
Attorney General

Hon. Marvin H. Brown, Jr.
Criminal District Attorney
Fort Worth, Texas

Dear Sir:

> Opinion No. O-3666
> Re: Tax judgment entered
> during the effective
> period of H. B. 76,
> 47th Legislature.

In your letter of June 8, 1941, you request our opinion as to whether judgments in delinquent tax cases entered between now and November 1, 1941, should contain provisions safeguarding the taxpayer in the remission of certain penalties, interest and costs made by H. B. No. 76, 47th Legislature, in case he should make payment in such manner and within such time as to entitle him to the benefits of the act.

By said H. B. 76 the property owner is absolutely given the benefit of certain remissions of penalty, interest and costs, if he makes payment on or before November 1, 1941. The law thus entitling the taxpayer to such remissions the same cannot be properly denied him. The judgment should accordingly so provide, and we answer your question in the affirmative.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By Glenn R. Lewis
        Assistant

APPROVED JUN 19, 1941

FIRST ASSISTANT
ATTORNEY GENERAL

GRL:AMM


APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN